```
CHARLA R. DUKE, Esq./ State Bar No. 095518
LAW OFFICES OF CHARLA R. DUKE
360 Grand Ave., Suite 150
Oakland, CA  94610
Tel. (510) 839-5453
Fax (510) 839-0343
Attorney for Plaintiff
ROBERTA ROBLES
```

FILED

2005 JUL 26  P 2: 43

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERTA ROBLES, | Case No.: CIV.F.04-6351 REC TAG |
| Plaintiff, | **DISMISSAL RULE 41** |
| vs. | |
| PANDA EXPRESS, | |
| 5810 Dennis/McCarthy Drive | |
| LEBEC, CALIFORNIA | |
| Defendant. | |

Plaintiff ROBERTA ROBLES, herby, **DISMISSES**, with prejudice, the entire, above-referenced action.

DATED: February 17, 2005

//s//
Charla R. Duke, Esq.
Attorney for Plaintiff

It is so Ordered.  Dated: July 26,05

_____
United States District Judge

NOTICE OF SETTLEMENT – Case No. CIV.F.04-6351 REC TAG